# IN THE UNITED STATES DISTRICT COURT

ALHUSSEIN, plaintiff,

VS.

OSSYED TOFAHA, Defendant,
CV-24-00214-TUC-JAS-PSOT

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C sec. 1983

PARTY:-

A. Plaintiff: MUSAB MOHAMED ALHUSSEIN
   Address: 100 6th Street South, Minneapolis, MN 55487
   Inmate id: 502202329
   Year of Birth: 1995

VS.

B. Defendant: OSSYED TOFAHA
   Occupation: Student
   School: Century College
   Location: White Bear Lake, MN

STATMENT OF CLAIM:-

Ossyed tofaha upon interest of government of Jorden officials has carried identity theft and checks fruad aginst the plaintiff.

He also appeared on behlf the plaintiff for appointment to ~~renew~~ replace his Immigration iussed documents.

plaintiff record at USCIS has been fruadently immanged with ossyed Tofaha record due to his attamp to run identity theft.

Reqest Releif:-

* ~~Defe~~ Plaintiff request injunction to place Immigration hold on him as first step to fix his records

* plaintiff request recovery of his fraudelent occused essets and whom accountable to pay finacial compenstion.

Jury Trial? No

Date: 03/30/2024
Name: MUSAB MOHAMED ALHUSSEIN
Signature: *[signed]*