# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Musab Mohamed Alhussein,<br><br>  Plaintiff,<br><br>v.<br><br>Ossyed Tofaha,<br><br>  Defendant. | NO. CV-24-00214-TUC-JAS (P)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 1, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

May 1, 2024

                                        s/ C. Ortiz
                              By   Deputy Clerk